Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Matthew A. Stone
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA  98901
Telephone: (509) 454-4425



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 15 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR JARON ANTELOPE,<br><br>Defendant. | **1:22-CR-2015-SMJ**<br><br>INDICTMENT<br><br>Vio:  21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

On or about October 28, 2021, in the Eastern District of Washington, the Defendant, TAYLOR JARON ANTELOPE, did knowingly possess with the intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841 as set forth in this Indictment, the Defendant, TAYLOR JARON ANTELOPE, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- $2,810.00 U.S. currency; and,

- a Ruger P94DC, .40 S&W caliber, Serial No.: 340-82820, with a loaded magazine.

If any of the property described herein, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

//

//

INDICTMENT – 2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 15th day of February 2022.

*Vanessa* [signature]
Vanessa R. Waldref
United States Attorney

[signature]
Matthew A. Stone
Assistant United States Attorney

INDICTMENT – 3