Case 1:22-cr-02015-SMJ    ECF No. 3    filed 02/15/22    PageID.5    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 15, 2022

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Taylor Jaron Antelope

**CASE NO.** 1:22-CR-2015-SMJ-1

TOTAL # OF COUNTS: 1    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine | CAG not less than 10 years up to a life term; and/or a fine not to exceed $10,000,000; not less than 5 years up to a life term of supervised release; a $100 special penalty assessment; and, denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a. |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |