# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Antelope, Taylor Jaron | Docket No. | 0980 1:22CR02015-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Taylor Jaron Antelope, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton, sitting in the Court at Yakima, Washington, on the 8th day of March 2022, under the following conditions:

Condition #9: Defendant shall refrain from use of unlawful possession of narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed and signed by Mr. Antelope on March 9, 2022, acknowledging an understanding of his pretrial release conditions, including condition number 9.

Violation #1: Mr. Antelope is considered in violation of his pretrial release conditions by consuming a controlled substance, methamphetamine, on or about April 7, 2022.

On April 18, 2022, this officer received notification from Mr. Antelope's substance abuse treatment provider, to include a monthly progress report and a laboratory confirmation testing report. The report indicated that the results from a urinalysis (UA) collected on April 7, 2022, returned positive for methamphetamine.

It has been made clear to Mr. Antelope that his behavior is unacceptable and if he continues to consume illicit drugs, he places his pretrial supervision in jeopardy of being revoked.

Due to this noncompliance, Mr. Antelope's UA testing has increased to a minimum of three per month. It is the hope that this action will be a deterrent to future drug use.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:    April 20, 2022 |
| | by | s/Arturo Santana |
| | | Arturo Santana<br>U.S. Pretrial Services Officer |

PS-8

**Re: Antelope, Taylor Jaron**
**April 20, 2022**
**Page 2**

THE COURT ORDERS

[ XX ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

4/20/2022
_____
Date