✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 29, 2022**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Antelope, Taylor Jaron | Docket No. | 0980 1:22CR02015-SMJ-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Taylor Jaron Antelope, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton, sitting in the Court at Yakima, Washington, on the 8th day of March 2022, under the following conditions:

Condition #9: Defendant shall refrain from use of unlawful possession of narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

Special Condition #6: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

Special Condition #12: Home Detention: Defendant shall be restricted to Defendant's residence at all times except for attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed and signed by Mr. Antelope on March 9, 2022, he acknowledging an understanding of his pretrial release conditions.

Violation #1: Mr. Antelope is considered in violation of his pretrial release conditions by consuming a controlled substance, methamphetamine, on or about April 16, 20, and 25, 2022.

On April 19, 2022, this officer instructed Mr. Antelope to report to Merit Resources Services (Merit) for urinalysis (UA). Mr. Antelope reported to Merit, but he could not submit a UA. Mr. Antelope was instructed to report to Merit the following day to submit a UA. On April 20, 2022, Mr. Antelope reported to Merit to submit to a UA. Mr. Antelope again stated he could not submit a UA sample. However, Mr. Antelope reviewed and signed an admission of use form where he admitted to have consumed methamphetamine on April 16, 2022.

On April 25, 2022, Mr. Antelope was instructed to report to the probation office to submit to UA. Mr. Antelope reported to the probation office and submitted a UA sample. The UA specimen tested presumptive positive for methamphetamine and was sent to Alere Toxicology Services (Alere) for confirmation. Mr. Antelope reviewed and signed an admission of use form where he admitted to the consumption of methamphetamine on April 20, 2022. The UA confirmation results from Alere are still pending.

PS-8
Re: Antelope, Taylor Jaron
April 28, 2022
Page 2

On April 27, 2022, this officer instructed Mr. Antelope to report to the probation office to submit a UA sample. Mr. Antelope reported to the probation office and submitted to a UA as directed. The UA specimen tested presumptive positive for methamphetamine and was sent to Alere for confirmation. Mr. Antelope reviewed and signed an admission of use form where he admitted to the consumption of methamphetamine on April 25, 2022. The UA confirmation results from Alere are still pending.

Violation #2: Mr. Antelope is considered to be in violation of his pretrial release conditions by failing to follow the recommended substance abuse treatment recommendations as of April 29, 2022.

On March 31, 2022, Mr. Antelope completed a substance abuse evaluation at the Yakama Nation Tiinawit Program in Toppenish, Washington. Mr. Antelope was recommended to enter and complete outpatient treatment; he agreed to the recommendations. Mr. Antelope was set to begin his treatment program on April 14, 2022.

On April 18, 2022, this officer received a monthly progress report from the treatment provider stating Mr. Antelope was a no show for his group on April 14, 2022.

On April 26, 2022, this officer received notice from the treatment provider that Mr. Antelope was again a no call, no show for his groups on April 14 and 21, 2022.

Mr. Antelope is in noncompliance with his treatment recommendations as of April 29, 2022.

Violation #3: Mr. Antelope is considered to be in violation of his pretrial release conditions by failing to abide by his location monitoring home detention schedule on April 14 and 21, 2022.

On April 14, 2022, Mr. Antelope failed to abide by his location monitoring schedule that required him to leave his residence at 7:30 a.m. to attend an employment training class with Yakama Nation in Toppenish, then travel to and attend his treatment group from 4:30 to 6 p.m. and finally return home by 7 p.m.

On April 14, 2022, Mr. Antelope left his residence at approximately 10 a.m. and traveled to visit his grandmother's residence in Wapato, Washington, he arrived there at approximately 10:20 a.m. He left his grandmother's residence at approximately 10:30 a.m. He then traveled to Legends Casino and arrived there at approximately 11:45 a.m. Mr. Antelope left the casino at approximately 12:50 p.m. He arrived back at his grandmother's home at approximately 2:06 p.m. He left his grandmother's home at approximately 6:25 p.m. and arrived at his residence at 6:52 p.m.

The expectation was for Mr. Antelope to attend his employment training class and treatment group, instead he deviated from this schedule and made the aforementioned unauthorized stops before his return home on time.

On April 21, 2022, Mr. Antelope failed to attend his treatment group and instead entering Legends Casino in Toppenish, without authorization during his allotted time for treatment.

A review of BI Total Access (BI) global positioning system (GPS) mapping revealed Mr. Antelope left his residence at 4:49 p.m. and arrived at Legends Casino at 5:19 p.m. Mr. Antelope remained there until 6:20 p.m., when he left. He stopped at an unauthorized residence, 711 Nation Street, Toppenish, for approximately 27 minutes before he headed to his residence where he arrived at 7:24 p.m.

Violation #4: Mr. Antelope is considered to be in violation of his pretrial release conditions by failing to abide by his location monitoring home detention schedule by leaving his residence without permission at 12 a.m. on April 25, 2022.

PS-8
**Re: Antelope, Taylor Jaron**
**April 28, 2022**
**Page 3**

On April 25, 2022, Mr. Antelope was not authorized to leave his residence. At 12:32 a.m., this officer received an alert from BI indicating Mr. Antelope had an inclusion zone leave alert from his residence at 12 a.m. A review of BI GPS mapping revealed Mr. Antelope left his residence at 12 a.m., drove through the parking lot of a nearby restaurant and stopped at 611 North 6th Street, Yakima, at approximately 12:07 a.m. He left that address at approximately 12:30 a.m. and arrived home at approximately 12:31 a.m. This officer spoke with Mr. Antelope and asked him if he had left his residence. Mr. Antelope stated he had not left his home. This officer confronted him and let him know a review of BI GPS mapping showed him leaving his home and stopping at another home, which he was not authorized to do so, before returning once again to his home. Mr. Antelope then admitted he left his residence with a cousin that recently released from prison and stopped at his aunt's home.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: April 29, 2022

by s/Arturo Santana

Arturo Santana
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Signature of Judicial Officer_

04/29/2022
Date