✎ PS 8
(3/15)

Case 1:22-cr-02015-MKD   ECF No. 47   filed 05/26/22   PageID.132   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Antelope, Taylor Jaron | Docket No. | 0980 1:22CR02015-SMJ-1 |

**Revised to Replace Petition for Action on Conditions of Pretrial Release dated May 16, 2022**

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Taylor Jaron Antelope, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the Court at Yakima, Washington, on the 8th day of March 2022, under the following conditions:

Special Condition #6: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

Special Condition #11: GPS Location Monitoring: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear at all times a GPS device under the supervision of United States Probation/Pretrial Services Office. In the event Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall immediately advise the Court. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office..

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed and signed by Mr. Antelope on March 9, 2022, acknowledging an understanding of his pretrial release conditions.

Violation #5: Mr. Antelope is considered in violation of his pretrial release conditions by aborting inpatient substance abuse treatment at American Behavioral Health Systems (ABHS) against staff advice on May 16, 2022.

On May 16, 2022, this officer was informed by ABHS staff that Mr. Antelope aborted inpatient treatment at 8:55 a.m. Mr. Antelope left the facility against staff advice.

Violation #6: Mr. Antelope is considered to be in violation of his pretrial release conditions by removing GPS device without permission on May 16, 2022.

On May 16, 2022, at 8:57 a.m., this officer received an alert from BI Total Access (BI) that Mr. Antelope left the inclusion zone surrounding the ABHS treatment facility. At 8:59 a.m., this officer received an alert that there was a GPS strap tamper and a tracker proximity tamper, indicating that the GPS device was removed from Mr. Antelope's leg. A message was sent to the tracker instructing Mr. Antelope to contact this officer and he did not acknowledge the message. As of the writing of this petition, Mr. Antelope has not contacted this officer.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND INCORPORATE THE VIOLATIONS IN THIS PETITIONS WITH THE VIOLATIONS PREVIOUSLY REPORT TO THE COURT
**WARRANT ISSUED ON MAY 16, 2022 TO REMAIN ACTIVE**

PS-8
Re: Antelope, Taylor Jaron
May 26, 2022
Page 2

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: May 26, 2022 |
| by | s/Arturo Santana |
|  | Arturo Santana<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

05/26/2022
Date